

**RECEIVED MAY 0 9 2008** CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

KAMI Z. BARKER
Assistant Corporation Counsel
Telephone: (212) 788-1202
Fax: (212) 788-0940
kbarker@law.nyc.gov
E-Mail and Fax No. <u>Not</u> For Service of Paper

May 9, 2008

<u>By Facsimile Transmission to (212) 805-0127</u>

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl St., Room 1050
New York, NY 10007

[handwritten: So ordered 5/9/08 /s/ AKH]

    Re: <u>Viguera v. HHC and Ana Blanco</u>,
         08 Civ 3807
         Our File No.: 2008-017638

Dear Judge Hellerstein:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant, HHC, in the above-referenced action[1]. I write to request that defendants' time to respond to the complaint be extended from May 13, to June 27, 2008. This is defendant's first request for an extension of time. Defendant has been unable to obtain plaintiff's consent to this request, as plaintiff's counsel is on vacation until May 19, 2008.

    The requested extension of time is needed to permit a reasonable investigation of the allegations of the complaint. It will permit this office to gather relevant documents, interview potential witnesses, investigate the complaint's numerous allegations of discrimination, and thereafter prepare an appropriate response. It should be noted that the requested extension, if granted by the Court, will not require adjusting any other dates, as the Court has not yet scheduled any additional appearances.

---

[1] The aforementioned case is not yet assigned to a District Judge. However, the case has been referred to Your Honor, and on May 6, 2008, defendant, HHC, requested that Your Honor preside over the case, as it is related to Viguera v. HHC, 07 Civ 7227, a current matter on your docket.

HONORABLE ALLAN K. HELLERSTEIN
United States District Judge
Viguera v. HHC and Ana Blanco
08 Civ. 3807
May 6, 2008
Page 2

        Accordingly, defendant respectfully requests an enlargement of defendant's time to respond to the complaint from May 13, to June 27, 2008.

        We thank the Court for its consideration of this request.

        Respectfully submitted,

        Kami Z. Barker
        Assistant Corporation Counsel

Enclosure

cc:    Roosevelt Seymour
        175 Remsen Street, Suite 602
        Brooklyn, NY 11202
        roosevelt@seymourlaw.us
        (By email transmission and by mail)