UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CARLOS VIGUERA,

                                                Plaintiff,      **NOTICE OF APPEARANCE**

      - against -                                           08 Civ. 3807

THE NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION AND ANA BLANCO,

                                               Defendants.

---------------------------------------------------------------- x

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant, THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, in the above-captioned action. Please take notice that I am the Assistant Corporation Counsel assigned to this action; all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
               May 12, 2008

                                                 Respectfully Submitted,

                                                 **MICHAEL A. CARDOZO**
                                                 Corporation Counsel of the
                                                   City of New York
                                                 Attorney for the Defendant
                                                 100 Church Street, Room 2-316
                                                 New York, New York 10007-2601
                                                 Tel: (212) 788-1202

                       By:    /s/ _____
                                          Kami Z. Barker
                                     Assistant Corporation Counsel

- 2 -

To:   Roosevelt Seymour
      Attorney for Plaintiff
      By ECF

08 CV 3807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VIGUERA,

                               Plaintiff,

THE NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION AND ANA
BLANCO,

                               Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street, Room 2-316
New York, N.Y. 10007-2601

Of Counsel:  Kami Z. Barker
Tel:       (212) 788-1202

File No. 2008-017638

*Due and timely service is hereby admitted.*

New York, N.Y. .................................., 2008

............................................................

Attorney for............................................