

𝕽𝖔𝖔𝖘𝖊𝖛𝖊𝖑𝖙 𝕿. 𝖘𝖊𝖞𝖒𝖔𝖚𝖗
𝕬𝖙𝖙𝖔𝖗𝖓𖊊𖞢 𝖆𝖙 𝕷𝖆𝖜

175 REMSEN STREET
SUITE 602
BROOKLYN, NY 11201
(718) 802-0055
FAX (718) 624-7133



July 16, 2008

**By Hand**
Honorable Alvin K. Helerstein
United States District Court of the
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re: **Carlos Viguera v. New York City Health
and Hospital Corporation and Ana Blanco
08 Civ. 3807 (AKH)**

Dear Judge Helerstein:

   I represent the plaintiff in the above referenced matter. I write to inform the Court that defendants' counsel Kami Z. Barker has agreed to extend plaintiff's time to serve and file papers in opposition to defendants' Rule 12(b) motion to July 30, 2008. I enclose herewith our e-mail correspondence to this effect.

                                Sincerely,

                                Roosevelt Seymour

Encl.
cc. Kami Z. Barker, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

**From:** Barker, Kami
**To:** roosevelt@seymourlaw.us
**Date:** Wednesday, July 2, 2008 5:49pm
**Subject:** RE: Viguera v. HHC 08 civ. 3807 (AKH)

Fine.

-----Original Message-----
From: roosevelt@seymourlaw.us [mailto:roosevelt@seymourlaw.us]
Sent: Wednesday, July 02, 2008 1:56 PM
To: Barker, Kami
Subject: Viguera v. HHC 08 civ. 3807 (AKH)

Dear Ms. Barker:

                  Re: Viguera v. HHC et. al. 08 Civ. 3807 (AKH)

   I am seeking an extension to 7/30/08 to serve and file plaintiff's opposition papers to your Rule 12(b) motion. Please let me know whether you consent.

                                            Sincerely

                                            /s/
                                       Roosevelt Seymour