UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CARLOS VIGUERA,

            Plaintiff,                    08 Civ 3807 (AKH)

  -against-                             AFFIDAVIT OF
                                         SERVICE

THE NEW YORK CITY HEALTH AND
HOSPITAL CORPORATION and ANA
BLANCO,

            Defendants.
----------------------------------------X

STATE OF NEW YORK )
                      )
COUNTY OF KINGS   ) ss.:

      I Ronald D. Coley do hereby depose and say that I am over the age of eighteen years and I am not a party to the within action; that on August 7, 2008, I personally served the Defendant, Ana Blanco, a true copy of the summon and complaint at her place of business, Bellevue Hospital located at 462 First Avenue, New York, New York at approximately 12:40pm in the afternoon. Ms. Ana Blanco is a Hispanic female approximately thirty years of age and medium height.

Dated: Brooklyn, New York
       August 8, 2008

                                                      _____
                                                          Ronald D. Coley

                                   Sworn to before me this
                                   _____ day of August 2008

                                   _____
                                   ROOSEVELT SEYMOUR
                                   Notary Public, New York
                                   Qualified...
                                   Commission Expires 12/28/10