UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
CARLOS M. VIGUERA,

                                         Plaintiff,

        - against -

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION and ANA BLANCO,

                                         Defendants

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 03807 (AKH) (AJP)

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the New York City Health and Hospitals Corporation and Ana Blanco, in the above-captioned action.  Please take notice that I am the Assistant Corporation Counsel assigned to this action.  All future filings, or other information, related to this action can be directed to me at the below address.

Dated:       New York, New York
                 August 20, 2008

                                              Respectfully Submitted,

                                              **MICHAEL A. CARDOZO**
                                              Corporation Counsel of the
                                                City of New York
                                              Attorney for the Defendants
                                              100 Church Street, Room 2-140
                                              New York, New York  10007-2601
                                              Tel: (212) 788-0868

                              By:   **ECF**            **/s/**
                                              Carolyn Walker-Diallo
                                              Assistant Corporation Counsel

To:      Roosevelt Theodore Seymour
           Attorney for Plaintiff

-2-

175 Remsen Street, Suite 602
Brooklyn, NY  11201

08 Civ. 03807 (AKH) (AJP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CARLOS M. VIGUERA,<br><br>                                                                Plaintiff,<br><br>- against -<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION and ANA BLANCO,<br><br>                                                                Defendants. |
| **NOTICE OF APPEARANCE** |
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel of the City of New York*<br>**Attorney for Defendants**<br>**100 Church Street, Room 2-140**<br>New York, NY  10007-2601<br><br>Of Counsel:    Carolyn Walker-Diallo<br>             Tel:   (212) 788-0868<br><br>Law Dep't No.  2008-017638 |
| *Due and timely service is hereby admitted.*<br><br>New York, N.Y.  ....................................., 200…...<br><br>   ..............................................................<br><br>Attorney for............................................................ |